Form 170 – ntchrgdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                    Case No.: 18−29844−RG
                    Chapter: 7
                    Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Marina Karavas
   aka Marina Fighera, aka Marina Ivanova
   2457 8th Street
   Floor 2
   Fort Lee, NJ 07024

Social Security No.:
   xxx−xx−1593

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON DISMISSAL OF CASE**

Notice is hereby given that:

☑    A Motion to Dismiss has been filed by Trustee Benjamin A. Stanziale Jr..

☐    An Order to Show Cause Why the Case Should Not be Dismissed concerning the issue highlighted below has been entered by the Court.

    ☐    The debtor has not complied with the credit counseling requirements of the Bankruptcy Code.

    ☐    The debtor is a corporation and has filed under Chapter 13 of the Bankruptcy code.

    ☐    The corporate debtor is self−represented.

    ☐    Other: .

A hearing to determine if there is cause for dismissal will be held by the Honorable Rosemary Gambardella on,

Date: 2/26/19
Time: 10:00 AM
Location: Courtroom 3E, Martin Luther King, Jr. Federal Building, 50 Walnut Street, 3rd Floor, Newark, NJ 07102

Dated: January 24, 2019
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 18-29844-RG
Marina Karavas                                                    Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Jan 24, 2019
                              Form ID: 170             Total Noticed: 11

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2019.
db          +Marina Karavas,    2457 8th Street,    Floor 2,    Fort Lee, NJ 07024-3521
517799167   +IRS,    1111 20th St NW,    Washington, DC 20526-0001
517799165   +Lending Club,    71 Stevenson St., Suite 1000,    San Francisco, CA 94105-2967
517822310   +Margarita Ivanova,    2457 8th Street, 2nd Fl,    Fort Lee, NJ 07024-3521
517799163   +Shellpoint Mortgage Servicing,    PO Box 10826,    Greenville, SC 29603-0826
517799164   +Upgrade,    275 Battery Street, 23rd Fl.,    San Francisco, CA 94111-3366

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: usanj.njbankr@usdoj.gov Jan 24 2019 23:37:17      U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 24 2019 23:37:13      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:38
               Synchrony Bank, c/o PRA Receivables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517799166   +E-mail/Text: recovery@paypal.com Jan 24 2019 23:36:26      PayPal Corporate Headquaters,
               2211 North First Street,    San Jose, CA 95131-2021
517798362   +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2019 23:40:59      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2019 at the address(es) listed below:
              Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
               trustee@stanzialelaw.com, nj45@ecfcbis.com
              Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com, nj45@ecfcbis.com
              Roman V Gambourg    on behalf of Debtor Marina  Karavas rg@glegalgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 4