UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

Order Filed on February 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARINA KARAVAS,

Debtor.

Case No. 18-29844-RG

Chapter 7

Hearing Date: February 19, 2019 at 10:00 a.m.

Judge: Hon. Rosemary Gambardella

**ORDER EXTENDING THE TIME OF THE TRUSTEE
TO OBJECT TO DEBTOR'S DISCHARGE**

The relief set forth on the following page(s), is hereby **ORDERED**.

**DATED: February 25, 2019**

*Rosemary Gambardella*
Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

Debtor: Karavas, Marina

Case No. 18-29844-RG

Caption of Order: Order Extending the Time of the Trustee to Object to Debtor's Discharge

---

**THIS MATTER** having been opened to the Court by Stanziale & Stanziale, P.C., attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") of Marina Karavas (the "Debtors") by way of motion pursuant to Fed. R. Bankr. P. 4004(b) to extend the time of the Trustee to file a complaint objecting to Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties, and the Court having reviewed the papers filed and the arguments presented, and for good cause shown; it is hereby

**ORDERED** that the deadline by which the Trustee must file a complaint objecting to the discharge of the Debtor shall be and is hereby extended to and including **March 31, 2019**.