UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

Caption in Compliance with D.N.J. LBR 9004-2(c)

**STANZIALE & STANZIALE, P.C.**
29 Northfield Avenue, Suite 201
West Orange, New Jersey 07052-5403
(973) 731-9393
Attorneys for Benjamin A. Stanziale, Jr., Trustee

Order Filed on February 25, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

MARINA KARAVAS,

                              Debtor.

Case No.  18-29844-RG

Chapter 7

Hearing Date:  February 19, 2019 at 10:00 a.m.

Judge:  Hon. Rosemary Gambardella

## ORDER EXTENDING THE TIME OF THE TRUSTEE
## TO OBJECT TO DEBTOR'S DISCHARGE

The relief set forth on the following page(s), is hereby **ORDERED**.

**DATED: February 25, 2019**

Honorable Rosemary Gambardella
United States Bankruptcy Judge

**(Page 2)**

| | |
|---|---|
| Debtor: | Karavas, Marina |
| Case No. | 18-29844-RG |
| Caption of Order: | Order Extending the Time of the Trustee to Object to Debtor's Discharge |

**THIS MATTER** having been opened to the Court by Stanziale & Stanziale, P.C., attorneys for Benjamin A. Stanziale, Jr., Chapter 7 Trustee ("Trustee") of Marina Karavas (the "Debtors") by way of motion pursuant to Fed. R. Bankr. P. 4004(b) to extend the time of the Trustee to file a complaint objecting to Debtor's discharge; and the Court finding notice of this motion having been given to all appropriate parties, and the Court having reviewed the papers filed and the arguments presented, and for good cause shown; it is hereby

**ORDERED** that the deadline by which the Trustee must file a complaint objecting to the discharge of the Debtor shall be and is hereby extended to and including **March 31, 2019**.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-29844-RG
Marina Karavas                                                            Chapter 7
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1          Date Rcvd: Feb 26, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 28, 2019.
db          +Marina Karavas,    2457 8th Street,    Floor 2,    Fort Lee, NJ 07024-3521

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 26, 2019 at the address(es) listed below:
          Benjamin A. Stanziale, Jr.    on behalf of Trustee Benjamin A. Stanziale, Jr.
           trustee@stanzialelaw.com,   nj45@ecfcbis.com
          Benjamin A. Stanziale, Jr.    trustee@stanzialelaw.com,   nj45@ecfcbis.com
          Rebecca Ann Solarz    on behalf of Creditor    BAC BANK OF NY (CWMBS 2006-3) rsolarz@kmllawgroup.com
          Roman V Gambourg    on behalf of Debtor Marina   Karavas rg@glegalgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 5