Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                          Case No.: 18–29844–RG
                          Chapter: 7
                          Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Marina Karavas
  aka Marina Fighera, aka Marina Ivanova
  2457 8th Street
  Floor 2
  Fort Lee, NJ 07024

Social Security No.:
  xxx–xx–1593

Employer's Tax I.D. No.:

**FINAL DECREE**

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Benjamin A. Stanziale Jr. is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>October 23, 2019</u>                <u>Rosemary Gambardella</u>
                                                Judge, United States Bankruptcy Court